NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORINNE MYERS, | Civil Action No. 13-4712 |
| Plaintiff, | (SDW) |
| v. | |
| ATLANTIC HEALTH SYSTEMS, ET AL., | **ORDER** |
| Defendants. | |
| | May 30, 2014 |

**WIGENTON**, District Judge.

Before the Court is the Report and Recommendation filed on February 6, 2014 ("R&R") by Magistrate Judge James B. Clark, III ("Magistrate Judge Clark"), recommending that Defendants Atlantic Health Systems d/b/a Morristown Medical Center, Joseph Pasquarosa, and Dorothy Zarillo's ("Defendants") Motion to Dismiss be granted in part and denied in part, and that Plaintiff's 1983 claim be dismissed. No objections were filed to the R&R.

This Court has reviewed the reasons set forth by Magistrate Judge Clark in the R&R (Dkt. No. 12), the accompanying opinion filed on February 6, 2014 (Dkt No. 13), and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Magistrate Judge Clark is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART and DENIED IN PART**, and that Plaintiff's 1983 claim is dismissed.

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc: Parties
     Magistrate Judge Clark